UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82116-WPD

ANDRES GOMEZ,

    Plaintiff,

vs.

STONEWOOD RESTAURANT GROUP, LLC.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, and Defendant, STONEWOOD RESTAURANT GROUP, LLC (collectively the "Parties), by and through their undersigned counsel and pursuant to Local Rule 16.4, hereby give notice to the Court that the parties have reached an agreement to settle this matter and state:

1. The Parties are preparing settlement documents, which will include execution by the Parties of Joint Stipulation of Dismissal.

2. The Parties anticipate that the Joint Stipulation of Dismissal will be filed within the next thirty (30) days.

Dated this 11th day of January, 2021.

| | |
|---|---|
| */s/ Lauren C. Robertson Stulz* | */s/ Alberto R. Leal* |
| **Kristyne Kennedy, Esq.** | **Alberto R. Leal, Esq.** |
| Florida Bar No. 194700 | Florida Bar No.: 1002345 |
| **Lauren C. Robertson Stulz, Esq.** | E-Mail: al@thelealfirm.com |
| Florida Bar No. 1024845 | The Leal Law Firm, P.A. |
| Cole, Scott & Kissane, P.A. | 8927 Hypoluxo Rd. #157 |
| Tower Place, Suite 400 | Lake Worth, FL 33467 |
| 1900 Summit Tower Boulevard | Phone: 561-237-2740 |
| Orlando, FL 32810 | |
| Phone: (321) 972-0052 | *Attorney for Plaintiff* |

Fax: (321) 972-0099
E-mail: Kristyne.Kennedy@csklegal.com
E-mail: Lauren.Robertson@csklegal.com
Secondary E-mail: Jillian.Sotomayor@csklegal.com

*Attorneys for Defendant*
Stonewood Restaurant Group, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Alberto Leal*